**FRITZINGER CO., Inc., v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8441.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 7, 1943.

Decided Dec. 22, 1943.

A. Allen Simon, of Philadelphia, Pa., for petitioner.

Walter J. Cummings, Jr., of Washington, D.C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and A. F. Prescott, Sp. Assts. to the Atty. Gen., on the brief), for respondent.

Before JONES, GOODRICH, and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

A majority of the court being of the opinion that the amounts found by the Tax Court as allowable deductions for salaries paid by the taxpayer for the taxable years 1936 to 1939, inclusive, represent findings of fact which are neither unreasonable nor arbitrary under the evidence in the case, the decision of the Tax Court is affirmed.

McLAUGHLIN, Circuit Judge, dissents.